**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ERLIN EVER MENCIAS AVILA,<br><br>           Plaintiff,<br><br>     v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>           Defendants. | Case No. 1:15-cv-02135-TSC |

**NOTICE OF CORRECTED SUMMONS**

Plaintiff submits, as attachments to this Notice, a corrected summons for Defendants District of Columbia and Matthew Dailey.

                              Respectfully submitted,

                              ___/s/ Michael T. Kirkpatrick____
                              Michael T. Kirkpatrick (DC Bar #486293)
                              INSTITUTE FOR PUBLIC REPRESENTATION
                              GEORGETOWN UNIVERSITY LAW CENTER
                              600 New Jersey Avenue NW, Suite 312
                              Washington, DC 20001
                              Tel: 202-661-6582
                              michael.kirkpatrick@law.georgetown.edu

                              *Attorney for Plaintiff*

.