UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ERLIN EVER MENCIAS AVILA,**<br><br>        Plaintiff,<br><br>v.<br><br>**MATTHEW DAILEY,**<br><br>        Defendant. | Civil No. 1:15-cv-02135-TSC |

**PLAINTIFF'S PARTIAL OPPOSITION TO DEFENDANT'S MOTION TO ENLARGE THE DEADLINE TO FILE HIS COMBINED CROSS-MOTION AND OPPOSITION**

Pursuant to Local Civil Rule 7(b), Plaintiff Erlin Ever Mencias Avila files this opposition to Defendant Matthew Dailey's Motion to Enlarge the Deadline to File His Cross-Motion for Summary Judgment Combined with His Opposition to Plaintiff's Motion for Partial Summary Judgment by Three Weeks. As explained below, Defendant has failed to show good cause for the extension he seeks.

Under Rule 6(b)(1) of the Federal Rules of Civil Procedure, the Court may, "for good cause," extend time. *See also* L. Cv. R. 16.4(a) (providing that the Court may modify the scheduling order "upon a showing of good cause"). The current scheduling order requires Detective Dailey to file his combined cross-motion for summary judgment and opposition to Plaintiff's motion for summary judgment by September 26, 2016. Minute Order, April 15, 2016. Detective Dailey puts forward two reasons for requesting a three-week extension; neither reason justifies the extension he seeks.

First, Detective Dailey asserts that his counsel recently completed a jury trial in *Grimes v. District of Columbia*, No. 2012 CA 005941 B, in D.C. Superior Court. But that trial cannot

provide good cause for an extension in this case, because it ended *before* Mr. Mencias filed his motion for partial summary judgment. A review of the docket in *Grimes* shows that the jury verdict was returned and judgment was entered by midday on August 12, 2016. *See Grimes v. District of Columbia*, No. 2012 CA 005941 B (Aug. 12, 2016), *available at* https://www.dccourts.gov/cco/maincase.jsf. Thus, by the time Detective Dailey received Mr. Mencias's motion for partial summary judgment on the evening of August 12, the trial in *Grimes* had already concluded. As such, the trial in *Grimes* cannot serve as a basis for delaying Detective Dailey's response to Mr. Mencias's motion.

Second, Detective Dailey asserts that his counsel will, on September 20, 2016, begin a two-week trial in *Coleman v. District of Columbia*, No. 1:09-cv-00050, in this Court. As an initial matter, Detective Dailey requests a three-week extension based on his claim that his counsel will be involved in a two-week trial that falls at the end of his six-week response time. He does not explain why he needs a total of nine weeks to respond to Mr. Mencias's motion, even if his counsel will be in trial for two of those nine weeks. Further, Detective Dailey appears to have over-estimated the expected duration of the *Coleman* trial. The pretrial statement shows that Coleman's case-in-chief is expected to require no more than nine hours of testimony. *See* Joint Pretrial Statement, *Vanessa Coleman v. District of Columbia*, No. 1:09-cv-00050, at 8 (Aug. 25, 2012), ECF No. 152. Based on the pretrial statement, it appears that the trial in *Coleman* is unlikely to last more than a week. As such, it does not establish good cause for a three-week extension.

Mr. Mencias does not oppose an extension of Detective Dailey's deadline that corresponds to the number of days that Detective Dailey's counsel will be unavailable because of the trial in *Coleman*. It is unlikely that the trial will last more than ten calendar days. Thus, Mr.

Mencias is not opposed to a ten-day extension to October 6, 2016, for Detective Dailey to file his combined cross-motion and response, and a corresponding ten-day extension to November 7, 2016, for Mr. Mencias to file his combined opposition and reply. However, Detective Dailey has not shown good cause for a three-week extension, and, thus, his motion should be denied.

Respectfully submitted,

/s/ Patrick Llewellyn
Patrick Llewellyn (DC Bar No. 1033296)
Institute for Public Representation
Georgetown University Law Center
600 New Jersey Avenue NW, Suite 312
Washington, DC 20001
Phone: (202) 661-6701
Fax: (202) 662-9634
Email: Patrick.Llewellyn@law.georgetown.edu

/s/ Michael T. Kirkpatrick
Michael T. Kirkpatrick (DC Bar No. 486293)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
Phone: (202) 588-7728
Fax: (202) 588-7795
Email: mkirkpatrick@citizen.org

/s/ Dennis A. Corkery
Dennis A. Corkery (D.C. Bar No. 1016991)
Washington Lawyers' Committee for
Civil Rights and Urban Affairs
11 Dupont Circle, Suite 400
Washington, DC 20036
Phone: (202) 319-1000
Email: Dennis_Corkery@washlaw.org

*Attorneys for Plaintiff*

September 14, 2016

**CERTIFICATE OF CONFERENCE**

On September 14, 2016, undersigned counsel conferred with Defendant's counsel and offered to consent to a motion to extend the deadlines by 10 days. Defendant's counsel stated that he would stand by his motion to enlarge the deadlines by three weeks.

/s/ Michael T. Kirkpatrick