**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ERLIN EVER MENCIAS AVILA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 15-cv-2135 (TSC) |
| | ) | |
| MATTHEW DAILEY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

For the reasons identified in the accompanying Memorandum Opinion (ECF No. 38),

Plaintiff's motion for partial summary judgment (ECF No. 24) is hereby GRANTED and

Defendant's cross motion for summary judgment (ECF No. 27) is hereby DENIED.


Dated: March 30, 2017


*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge