UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ERLIN EVER MENCIAS AVILA,**<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**MATTHEW DAILEY,**<br><br>　　　　　Defendant. | Civil No. 15-cv-2135 (TSC) |

**PLAINTIFF'S UNOPPOSED MOTION TO RETURN CASE TO ACTIVE DOCKET AND SCHEDULE STATUS CONFERENCE**

Pursuant to the Court's Minute Order of August 2, 2017, Plaintiff Erlin Ever Mencias Avila files this unopposed motion to return the case to the Court's active docket and to schedule a status conference.

Following its decision granting Plaintiff's motion for partial summary judgment and denying Defendant Matthew Dailey's cross motion for summary judgment, Doc. 39, the Court scheduled a status conference to set due dates for motions in limine, the parties' joint pretrial statement, the pretrial conference, and the trial. Minute Order of April 3, 2017. The status conference was rescheduled, Minute Order of April 11, 2017, and subsequently vacated in light of Defendant's motion for reconsideration and interlocutory appeal, Minute Order of May 16, 2017. Following the Court's decision on Defendant's motion for reconsideration, Doc. 47, the Court administratively closed this case and directed the parties to file a motion to return the case to the Court's active docket upon resolution of the appeal, Minute Order of August 2, 2017. On September 25, 2017, the

Court of Appeals dismissed Defendant's interlocutory appeal and restored jurisdiction to this Court. *See* Mandate, Doc. 49; Order, Doc. 49-1.

The issues remaining for trial are: (1) whether Defendant received "specific direction" from the United States Attorney's Office for the District of Columbia to continue holding Plaintiff's van and tools following the dissipation of probable cause, Reconsideration Order, Doc. 47 at 6; (2) whether Plaintiff received "sufficiently prompt and sufficiently informative" notice regarding the seizure of his van and tools, Summary Judgment Order, Doc. 38 at 24; (3) whether Defendant "made affirmative misrepresentations which interfered with Plaintiff's ability to pursue available remedies for the return of his van," *id.* at 25; and (4) the amount of damages, interest, costs, and fees owed by Defendant to Plaintiff, if any. To resolve these issues, the Court should return the case to the active docket and schedule a status conference to set due dates for motions in limine, the parties' joint pretrial statement, the pretrial conference, and the trial.

Pursuant to Local Civil Rule 7(m), Plaintiff's counsel conferred with Defendant's counsel, and Defendant does not oppose the relief sought.

Respectfully submitted,

/s/ Michael T. Kirkpatrick
Michael T. Kirkpatrick (DC Bar No. 486293)
Patrick D. Llewellyn (DC Bar No. 1033296)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
Phone: (202) 588-1000
Email: mkirkpatrick@citizen.org
pllewellyn@citizen.org

3

                                      Dennis A. Corkery (DC Bar No. 1016991)
                                      Washington Lawyers' Committee for
                                      Civil Rights and Urban Affairs
                                      11 Dupont Circle, Suite 400
                                      Washington, DC 20036
                                      Phone: (202) 319-1000
                                      Email: Dennis_Corkery@washlaw.org

                                      *Attorneys for Plaintiff*

October 11, 2017