UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ERLIN EVER MENCIAS AVILA,

      Plaintiff,

v.

MATTHEW DAILEY,

      Defendant.

Civil No. 15-cv-2135 (TSC)

**PLAINTIFF'S NOTICE REGARDING ISSUES FOR TRIAL**

The Court has set a status conference for November 8, 2017, to set due dates for motions in limine, the parties' joint pretrial statement, the pretrial conference, and the trial. *See* Minute Order of October 12, 2017. In anticipation of the status conference, Plaintiff Erlin Ever Mencias Avila notifies the Court and Defendant Matthew Dailey of his decision to pursue only his Fourth Amendment claim of unreasonable seizure of property by the government, a claim on which the Court has already granted Plaintiff partial summary judgment. Plaintiff does not intend to pursue his Fifth Amendment procedural due process claim because it would provide no relief beyond the scope of that available under his Fourth Amendment claim. Pursuing only the Fourth Amendment claim will save resources by significantly shortening the time required for trial.

Accordingly, the issues remaining for trial are: (1) whether Defendant received "specific direction" from the United States Attorney's Office for the District of Columbia to continue holding Plaintiff's van and tools following the dissipation of probable cause, an issue on which Defendant bears the burden of proof; *see* Reconsideration Order,

Doc. 47 at 6; and (2) the amount of damages, if any, owed by Defendant to Plaintiff, an issue on which Plaintiff bears the burden of proof.

                              Respectfully submitted,

                              /s/ Michael T. Kirkpatrick
                              Michael T. Kirkpatrick (DC Bar No. 486293)
                              Patrick D. Llewellyn (DC Bar No. 1033296)
                              Public Citizen Litigation Group
                              1600 20th Street NW
                              Washington, DC 20009
                              Phone: (202) 588-1000
                              Email: mkirkpatrick@citizen.org
                                        pllewellyn@citizen.org

                              Dennis A. Corkery (DC Bar No. 1016991)
                              Washington Lawyers' Committee for
                              Civil Rights and Urban Affairs
                              11 Dupont Circle, Suite 400
                              Washington, DC 20036
                              Phone: (202) 319-1000
                              Email: Dennis_Corkery@washlaw.org

                              *Attorneys for Plaintiff*

November 3, 2017