UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERLIN EVER MENICAS AVILA, | ) |
| *Plaintiff*, | ) |
| v. | ) Civil Action No. 15-cv-2135 (TSC) |
| MATTHEW DAILEY, | ) |
| *Defendant*. | ) |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant Matthew Dailey files this notice of supplemental authority. In his motion for clarification and/or reconsideration, [ECF #60], Plaintiff relied on *Wesby v. District of Columbia*, 767 F.3d 13 (D.C. Cir. 2014), for purposes of establishing the clearly established law governing Defendant Dailey's actions at issue in this matter.

On January 22, 2018, the Supreme Court reversed the D.C. Circuit and held 7-2 that the officers had probable cause to arrest and 9-0 that they were entitled to qualified immunity. In doing so, the Supreme Court corrected both errors in the Circuit's opinion because "the D.C. Circuit's analysis, if followed elsewhere, would undermine the values qualified immunity seeks to promote." *District of Columbia v. Wesby*, __ S. Ct. __, 2018 WL 491521 at *10 (2018) (quotations and citation omitted).

                                                   Respectfully submitted,

                                                   KARL A. RACINE
                                                   Attorney General for the District of Columbia

                                                 GEORGE C. VALENTINE
                                                 Deputy Attorney General
                                                 Civil Litigation Division

                                                 */s/ Chad Copeland*
                                                 CHAD COPELAND [982119]

Acting Deputy Attorney General
Public Interest Division

*/s/ William J. Chang*
WILLIAM J. CHANG [1030057]
Assistant Attorney General
441 Fourth Street, NW
Suite 630 South
Washington, D.C. 20001
202-724-6646
202-741-0667(fax)
william.chang@dc.gov

*/s/ Robert A. DeBerardinis, Jr.*
ROBERT A. DEBERARDINIS, JR. [335976]
Assistant Attorney General
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
(202) 724-6642
(202) 741-8895 (fax)
robert.deberardinis@dc.gov

*Counsel for Defendant*