# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ERLIN EVER MENCIAS AVILA,**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**MATTHEW DAILEY,**<br><br>　　　　Defendant. | Civil No. 1:15-cv-02135-TSC |

## ORDER

For the reasons set forth during the May 31, 2018 Pretrial Conference, the court hereby GRANTS Plaintiff Erlin Ever Mencias Avila's Motion for Clarification or, in the Alternative, for Reconsideration (ECF No. 60). Even if the jury finds that Defendant Matthew Dailey received specific direction from a prosecutor in the United States Attorney's Office to continue the seizure following the search of the van, Defendant will not necessarily be entitled to qualified immunity. At that time, the court will determine whether Defendant is entitled to qualified immunity, applying the relevant legal standard.

Dated: June 1, 2018

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge