UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ERLIN EVER MENCIAS AVILA,**

    Plaintiff,

v.

**MATTHEW DAILEY,**

    Defendant.

Civil No. 1:15-cv-02135-TSC

## ORDER

For the reasons set forth during the May 31, 2018 Pretrial Conference, the court hereby GRANTS in part and DENIES in part Plaintiff Erlin Ever Mencias Avila's Omnibus Motion *in Limine* (ECF No. 67). Accordingly, it is ORDERED that:

1) The parties are prohibited from presenting argument or evidence at trial related to the events that preceded the search of the van and removal of items of evidentiary value.

2) The parties are permitted to present argument and evidence on whether Defendant had the authority to release Plaintiff's van.

3) The parties are prohibited from presenting argument or evidence at trial concerning Defendant's subjective beliefs or state of mind concerning the continued seizure of the van.

4) The parties are prohibited from presenting argument or evidence at trial regarding the potential availability of relief under D.C. Superior Court Rule of Criminal Procedure 41(g), or Plaintiff's alleged failure to mitigate his damages by not filing his lawsuit sooner.

Dated: June 1, 2018

                                        *Tanya S. Chutkan*
                                        TANYA S. CHUTKAN
                                        United States District Judge